**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| PECHANGA BAND OF INDIANS, a federally recognized Indian tribe,<br>*Plaintiff-Appellee,*<br><br>*v.*<br><br>ROBERT F. KENNEDY, JR., Secretary, United States Department of Health and Human Services, et al.,<br>*Defendants-Appellants.* | No. 26-5709 |

## *CONSENT* MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE OPENING BRIEF

For the reasons that follow, Defendants-Appellants respectfully move the Court for a 30-day extension of time, to and including Monday, December 14, 2026, within which to file an opening brief in this case. Plaintiff-Appellee consents to this motion. In support of this motion, Defendants-Appellants state the following:

1. Per the briefing order issued September 2, 2026, the government's opening brief was originally due on October 13, 2026. The government sought and obtained a streamlined extension until November 12, 2026. The

government respectfully requests that this deadline be extended by an additional 30 days, to and including Monday, December 14, 2026. No oral argument date has been set.

2. The requested extension is necessary to allow government counsel adequate time to prepare an opening brief in light of other pressing litigation deadlines. Jennifer Utrecht is the attorney with primary responsibility for preparing the government's brief in this case. Ms. Utrecht is also responsible for other appellate matters with recent, time-sensitive, or highly expedited deadlines, including *Rhode Island Latino Arts v. National Endowment for the Arts*, No. 25-2113 (oral argument held Oct. 7), *Comans v. Executive Office of the President*, No. 26-2242 (4th Cir.) (opposition to motion to dismiss filed Oct. 19), and *Service Emps. Int'l Union v. Department of Justice*, No. 26-7303 (9th Cir.) (emergency motion to stay injunction filed Nov. 1; supplemental brief regarding rehearing en banc filed Nov. 2; response to petition for full court en banc rehearing filed Nov. 3), as well as numerous time-sensitive internal government matters.

Daniel Tenny is the attorney with supervisory responsibility over this case. Mr. Tenny is responsible for several other appellate matters with recent and upcoming deadlines, including *Saint Regis Mohawk Tribe v. United States*, No. 26-1509 (2d Cir.) (opening brief filed Oct. 16); *Soto Jimenez v. Bondi*, No. 26-1327 (8th Cir.) (oral argument held Oct. 21); *Fuselier v. RisCassi*, No. 26-60519 (5th Cir.) (response brief filed Oct. 26); *Levine v. FAA*, No. 26-1054 (D.C. Cir.) (response brief filed Oct. 28); *Washington v. Department of Education*, No. 26-510 (9th Cir.) (reply brief filed Oct. 29); *California Nurses Assoc. v. Mullin*, No. 26-7139 (9th Cir.) (supplemental brief regarding rehearing en banc filed Oct. 30); *League of Women Voters v. DHS*, No. 26-5243 (D.C. Cir.) (opening brief due Nov. 6); *Martin Luther King Jr. County v. Turner*, No. 25-3664 (9th Cir.) (supplemental brief due Nov. 10); *Block Club Chicago v. DHS*, No. 26-5234 (D.C. Cir.) (response brief due Nov. 12); *Massachusetts Fair Housing Ctr. v. HUD*, No. 26-2084 (1st Cir.) (expedited opening brief due Nov. 16); *United States v. Colorado*, No. 26-1214 (10th Cir.) (reply brief due Dec. 1); *Washington v. Secretary of Education*, No. 26-6602 (9th Cir.) (opening brief due Dec. 4); *American Council of*

*Learned Soc. v. National Endowment for the Humanities*, No. 26-1829 (2d Cir.) (reply brief due Dec. 9); *United States v. Minnesota*, No. 26-2905 (8th Cir.) (opening brief due Dec. 10).

3. In light of these litigation matters, the government respectfully requests a 30-day extension of time, to and including Monday, December 14, 2026, to prepare the response brief. A 30-day extension will not appreciably delay the resolution of the case, and counsel will exercise diligence in preparing the brief in the time requested.

4. Plaintiff-Appellee has consented to this extension of time.

## CONCLUSION

For the foregoing reasons, we respectfully ask that the Court extend the filing date for the government's opening brief by 30 days, to and including Monday, December 14, 2026.

Respectfully submitted,

DANIEL TENNY
*/s/ Jennifer L. Utrecht*
Jennifer L. Utrecht
*Attorneys*
*Civil Division, Appellate Staff*
*U.S. Department of Justice*
*950 Pennsylvania Ave., N.W., Room 7710*
*Washington, D.C. 20530*
*(202) 353-9039*

NOVEMBER 2026

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Palatino Linotype 14-point, a proportionally spaced font with serifs, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 586 words, according to the word count of Microsoft Word.

*/s/ Jennifer L. Utrecht*
Jennifer L. Utrecht

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2026, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system.

*/s/ Jennifer L. Utrecht*
Jennifer L. Utrecht